# United States District Court

_____ DISTRICT OF ___OREGON___

UNITED STATES OF AMERICA
V.

JAMES SICKLER
10375 SW 42nd Avenue
Portland, Oregon

(Name and Address of Defendant)

**CRIMINAL COMPLAINT**

CASE NUMBER: 05-mj-427

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about ___March 13, 2005___ in ___Multnomah___ county, in the _____ District of ___Oregon___ defendant(s) did, (Track Statutory Language of Offense) impede, intimidate, and interfere with an officer of the United States

in violation of Title ___18___ United States Code, Section(s) ___111___.

I further state that I am a(n) ___Special Agent___
Official Title

and that this complaint is based on the following facts:

See attached Affidavit

Continued on the attached sheet and made a part hereof:  ☒ Yes   ☐ No

_____
Signature of Complainant

Sworn to before me and subscribed in my presence,

03-17-2005      at      Portland, Oregon
Date                            City and State

John Jelderks
U.S. Magistrate Judge
Name & Title of Judicial Officer

_____
Signature of Judicial Officer

This form was electronically produced by Elite Federal Forms, Inc.

STATE OF OREGON          )
                         )
COUNTY OF MUTLNOMAH      )

      I, Thomas W. French, a Special Agent with the Department of Homeland Security (DHS), Immigration and Customs Enforcement (ICE), Federal Protective Service (FPS), declare and state:

      1.    I have been employed with FPS since September of 2002 and I have acted in the capacity of a criminal investigator for the last 2 ½ years. As a Special Agent I have investigated burglaries, vandalisms, narcotics, thefts, and threats made against federal employees, agencies and buildings. In the course of my employment, I have received detailed training at the Federal Law Enforcement Training Center, in Glynco, Georgia, related to these types of crimes. I also hold a bachelors degree in Criminal Justice, from California State University Sacramento.

      2.    The information contained in this affidavit is based upon my personal knowledge and investigation and is submitted to establish that James SICKLER has violated 18 U.S.C. section 111 (impeding, intimidating, and interfering with a federal official). The quotations in all capital letters set forth below indicate that SICKLER was yelling at the time.

      3.    On April 16, 2004 James SICKLER called Nancy Stone, an employee of the Defense Contract Management Agency (DCMA), and agency of the United States and left messages in her work voice mail. The DCMA office is located at the Edith-Green Federal Building, 1220 SW 3rd Ave, suite 1668, Portland, OR. SICKLER left messages regarding Multnomah County Judge Loy challenging his "citizenship" and his concern for the down fall of the United States (U.S.). SICKLER stated he believed Judge Loy to be the "enemy" of this country. A records check revealed that SICKLER was currently on Probation in Multnomah County for violation of a restraining order filed by his mother. SICKLER verbally identified himself and left his telephone number in the messages.

      4.    On May 5, 2004 Inspector Alberto Peña, FPS, called SICKLER and informed him he was investigating the telephone calls made to the DCMA. SICKLER began to apologize immediately and stated he was mad at Judge Loy and would never call the DCMA telephone line again. SICKLER stated, "You'll never hear from me again."

      5.    On May 10, 2004 Robert Maki, DCMA employee, contacted Inspector Peña and informed him that SICKLER had left two more messages in their voicemail system. The messages were specifically for the Department of Defense and he was waiting for the "ATF" and the "Secret Service" to get involved and bring him a gun to go after the "enemy."

6.  On May 12, 2004 at approximately 11:30hrs, SICKLER called the DCMA telephone line and spoke with Maria Marcellus, of the DCMA. Marcellus stated SICKLER said he was mad because the "CIA", "FBI" and other government officials were turning into security guards. Marcellus told SICKLER the DCMA was not involved in the decision making process. SICKLER continued to tell Maria that the U.S. was in trouble from the "Japs" and the "Russians." Marcellus became concerned when SICKLER mentioned the "ATF" and asked for the address of the DCMA.

7.  On May 13, 2004 FPS Inspector Glenn Patrick and FPS Inspector Pena, contacted SICKLER at his mother's house. The house is located at 10375 SW 42nd Ave, Portland, OR. Inspector Peña advised SICKLER to stop calling the DCMA. SICKLER stated to Inspector Peña that he would not call the DCMA again.

8.  On July 13, 2004 to July 14, 2004 SICKLER left 7 voice mail messages in the mailbox of Robert Maki of the DCMA. SICKLER left other messages in the mailbox of Craig Galloway an employee of the DCMA as well. SICKLER ranted on about that the "Japs" and the "KGB" were running the country and something needed to be done. SICKLER asked for the "Red Phone" to the President of the United States and he said he wanted the President to appoint him to a position of status. SICKLER states that without status "I can't really defend or make an offensive move."

9.  On July 14, 2004 FPS Inspector Peña contacted the Portland Police Bureau (PPB), Central Precinct and asked them to cite SICKLER for Telephonic Harassment. Inspector Peña and Officer Jason Walters, PPB, contacted SICKLER at his mother's home. SICKLER was cited by Officer Walters and was instructed to stop calling the DCMA.

10. On September 9, 2004, Sickler called, Jessi Rhodes, receptionist for Vera Katz, Mayor of the City of Portland and left approximately 36 voicemail messages. According to PPB Detective Brian Steve, SICKLER threatened to kill Mayor Katz by stating "I'm going to put a bullet in her head, I'm gonna blow her head off." SICKLER also left a similar threatening message at U.S. Congressmen Earl Blumenauer's office. According to Detective Steve, SICKLER stated, "Stay out of my way or you're going to end up dead and I'm dead serious."

11. On January 24, 2005 FPS Inspector Peña contacted SICKLER'S probation officer, Paul Adams. Adams said SICKLER was recently released from a mental hospital after 3-month stay. Adams said SICKLER makes phone calls to federal agencies when he is off his medication.

12. On February 10-11, 2005 SICKLER called Craig Galloway and left several messages in his mailbox. SICKLER stated "Are you ever at your desk, you know the Secret Service knows you're a crock of Shit, and I do too." "So if you're the CIA then FUCKING PROVE IT, come over and bother my parents then, there's a problem." "You send the Federal Police after me, come on, grow up, smell the coffee you dumb ass." "Keep your federal police away from me", "Make sure you understand this, I'm not

playing games with you, I'm being honest." "I'm trying to be respectful but at the same time, you had cops come over here and give me citations for a bunch of shit." SICKLER stated the following in another message; "Hi Craig this is Jim, I was a little bent earlier, this is the fact I have to do, what I have to do, but I'll make you a deal, I won't call you again, if you don't show up at my house." "Remember that deal, if you don't bring them here, no citations, none of that telephone harassment crap, and I won't call you again." "Don't call my probation officer and threaten me with this horseshit ever again."

13.     On March 13, 2005, at approximately 02:00hrs, SICKLER again called Craig Galloway and left several messages in his voicemail. SICKLER referred to Galloway several times as "Mister Defense Contractor Man," "Mister Pentagon Man," or similar titles. SICKLER stated "You think I wasted your time, you call my probation officer again, I swear to God, I'm gonna shoot you in the right leg." "You think I'm kidding I'm waiting for the Navy to bring me a gun.", "I'm not playing any games with you Mr. Pentagon man", "YOU BETTER FUCKING HEED MY WORDS." In another message SICKLER stated " IF YOU THINK I'M FUCKING KIDDING, I SWEAR TO GOD DUDE, I SWEAR TO FUCKING GOD, IF I LOSE THIS COUNTRY, I SWEAR TO FUCKING GOD DUDE YOU WILL LOSE YOUR GOD DAMM BRASS, YOU'LL LOSE YOUR ASS ANDYOU'LL LOSE YOUR LIFE." In another message SICKLER stated "You freak my mom out again I swear to God I will shoot you in the left leg." In another message SICKLER said, "I don't lie to you, I don't lie to anybody, this ain't no paranoia, this ain't no fucking God damn schizophrenia shit." "I'm guaranteeing you a bullet in both your fucking legs if you don't fucking heed my words." "You're fucking with the right wing by calling my probation officer, you're fucking with the right wing by calling the police after me" In another message, SICKLER stated "Come on Craig Galloway return my call 244-9967 talk to me in person like a normal human being, all I get from you is your God damn answering service and the fucking cops at my door." In another message SICKLER stated "We'll just have the orthopedic doctor William Carl remove those bullets from both your legs, because if anything happens to me well… you'll find out." "I'm not threatening you, I'm guaranteeing you." In another message SICKLER said, "Do you really want to die Mr. Craig Galloway." "That's what you get for fucking with the right wing and I'm right wing." "If you try to fucking press charges against me for phone harassment dude, I swear to God personally I will shoot you."

14.     On March 15, 2005, I, along with other agents and Paul Adams, SICKLER's state probation officer, went to SICKLER's residence where he lives with his mother. SICKLER's mother told us that SICKLER had informed her that someone would be coming because "he had gone too far." SICKLER admitted that he had made the recent phone calls to Galloway and apologized and said he would not do it again. A consent search of SICKLER's bedroom revealed no weapons, but we did not search the entire house.

15.     A criminal history check and records check of the Portland Police Data System (PPDS) revealed that SICKLER is a convicted felon. SICKLER has numerous arrests, including arrests for aggravated assault with a handgun, domestic violence,

aggravated assault with a dangerous weapon, 1st degree burglary, possession/use of controlled substances, and resisting arrest.

16. I have discussed this matter with Assistant United States Attorney Charles Gorder. AUSA Gorder has told me that this affidavit is sufficient to establish probable cause for issuance of a complaint and arrest warrant for James A. Sickler.

17. Based on the forgoing information I believe that there is probable cause to believe that James A. SICKLER has violated Title 18 United States code Section 111, Assault, resisting or impeding certain officers or employees. I request that the court authorize a Criminal Complaint and Issue an Arrest warrant for James A. SICKLER.

Thomas W. French
Special Agent
Department of Homeland Security, Federal Protective Service
Portland, Oregon

Subscribed and sworn to before me this 17 day of March, 2005.

JOHN JELDERKS
United States Magistrate Judge