FILED'06 MAY 17 16:39USDC-ORP

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA ) | NO. CR 05-162-KI |
| v. ) | |
| ) | ORDER OF DISMISSAL |
| JAMES ARTHUR SICKLER, ) | |
| ) | |

On Motion of the government,

IT IS HEREBY ORDERED that the Information in this case as to defendant, JAMES ARTHUR SICKLER, is dismissed for the reason that the defendant has generally complied with the conditions of pretrial supervision, and the term of supervision has expired.

Dated this _17_ day of May, 2006.

_____
HONORABLE GARR M. KING
United States District Judge

Presented by:

KARIN J. IMMERGUT
United States Attorney
District of Oregon

_____ AUSA for
CHARLES F. GORDER, JR.
Assistant United States Attorney